**Leo M. MULLEN, M.D., Appellant,**

v.

**Robert ORR, dba Allstate Insurance, et al., Respondents.**

**No. WD 33966.**

Missouri Court of Appeals, Western District.

Jan. 24, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Feb. 28, 1984.

Application to Transfer Denied April 16, 1984.

Leo M. Mullen, pro se.

G. Spencer Miller, Kansas City, for respondents; Miller & Dougherty, Kansas City, of counsel.

Before CLARK, P.J., and PRITCHARD and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appeal from an order granting summary judgment and from the trial court's refusal to grant leave to file a third amended petition.

The judgment is affirmed. Rule 84.16(b).